GA 7956 HMK/mjg

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOUIS DREYFUS CORPORATION

|  |  |
|---|---|
| Plaintiff, | 08 CV 1899 (DAB)(HP) |
|  | ECF CASE |
| -against- |  |
|  |  |
| M/V MAERSK FREEMANTLE, her engines, boilers, tackle, etc., MS 'CONESTE' BERND BARTELS KG GMBH & CO, BERND BARTELS, A.P. MOLLER-MAERSK A/S (MAERSK LINE), SAFEWAY TRUCKING CORP, EAST COAST C.E.S., INC. | **RULE 7.1 STATEMENT** |
| Defendants. |  |

------------------------------------------------------------------X

PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: NONE.

Dated:  February 26, 2008

                        KINGSLEY, KINGSLEY & CALKINS
                        Attorneys for Plaintiff


                        BY:__/S/_____
                            HAROLD M. KINGSLEY
                            91 W. Cherry Street
                            Hicksville, New York 11801
                            (516) 931-0064