# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LOUIS DREYFUS CORPORATION

              Plaintiff,

V.

M/V MAERSK FREEMANTLE, her engines, boilers, tackle, etc., MS 'CONESTE' BERND BARTELS KG GMBH & CO.
BERND BARTELS,
A.P. MOLLER-MAERSK A/S (MAERSK LINE),
SAFEWAY TRUCKING CORP,
EAST COAST C.E.S., INC.
              Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 1899**

JUDGE BATTS

TO:
Safeway Trucking Corp.
1140 Polaris Street
Elizabeth, NJ 07201

ms 'Coneste' Bernd Bartels
KG GmbH & Co.
Gross Hove 9
21635, Jork, Germany

Bernd Bartels
Gross Hove 9
21635 Jork, Germany

East Coast C.E.S. Inc.
c/o Safeway Trucking Corp.
1140 Polaris Street
Elizabeth, NJ 07021

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON

DATE  FEB 2 6 2008

(BY) DEPUTY CLERK

**** AFFIDAVIT OF SERVICE ****   02/29/2008

SHERIFFS NUMBER: S08001424  
TYPE OF SERVICE... Summons and Complaint  
DEFENDANT SEQUENCE 2 OF 2

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE EDDY PONS AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| KINGSLEY, KINGSLEY & CALKINS - ATTORNEYS<br>91 W. CHERRY STREET<br>HICKSVILLE, NY 11801 | 10231<br>CONTROL # 16335 | 48.20 |

### COURT DATA

ASOHNEN

COURT OF ISSUANCE: US District Court  
WRIT EXPIRATION:  
STATE: NY  
COUNTY OF VENUE: Southern District  
COURT DOCKET #: 08CV1899(DAB)  
CAPTION OF CASE  
NAME: LOUIS DREYFUS CORPORATION  
  vs  
  M/V MAERSK FREEMANTLE  

**DEFENDANT OR NAMED WITHIN TO BE SERVED**  
NAME: EAST COAST C.E.S. INC. c/o SAFEWAY TRUCKING CORP.  
ADDRESS: 1140 POLARIS STREET  
  ELIZABETH, NJ 07201

**PAPERS SERVED**  
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

[X] SERVED SUCCESSFULLY  [ ] UNABLE TO SERVE  NUMBER OF ATTEMPTS ___

DATE: 3/3/08  TIME: 1030hrs  
REMARKS:

[ ] PERSONALLY DELIVERED   [ ] OFFICER   [ ] MANAGING AGENT   [ ] REGISTERED AGENT  
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   [X] AGENT AUTHORIZED TO ACCEPT  
[ ] IS IN THE MILITARY   [ ] NOT IN THE MILITARY  

PERSON SERVED: Maria Martinez  
(TITLE/RELATIONSHIP)

SEX: [ ] MALE  [X] FEMALE  
SKIN: [X] WHITE  [ ] BLACK  [ ] YELLOW  [ ] BROWN  [ ] RED  
HEIGHT: [ ] UNDER 5 FT.  [X] 5.0 - 5.6 FT.  [ ] 5.7 - 6.0 FT.  [ ] OVER 6 FT.  
WEIGHT: [ ] UNDER 100 LBS.  [X] 100 - 150 LBS.  [ ] 151 - 200 LBS.  [ ] OVER 200 LBS.  
HAIR: [X] BLACK  [ ] BROWN  [ ] BLOND  [ ] GRAY  [ ] RED  [ ] WHITE  [ ] BALDING  
AGE: [ ] 14 - 20  [ ] 21 - 35  [X] 36 - 50  [ ] 51 - 65  [ ] OVER 65

SWORN TO AND SUBSCRIBED  
BEFORE ME ON FRANCES DIDONATO  
NOTARY PUBLIC OF NEW JERSEY  
My Commission Expires Dec. 3, 2009

SIGNATURE  
SHERIFF'S OFFICER OF UNION COUNTY  
STATE OF NEW JERSEY