# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LOUIS DREYFUS CORPORATION

    Plaintiff,

V.

M/V MAERSK FREEMANTLE, her engines, boilers, tackle, etc., MS 'CONESTE' BERND BARTELS KG GMBH & CO.
BERND BARTELS,
A.P. MOLLER-MAERSK A/S (MAERSK LINE),
SAFEWAY TRUCKING CORP,
EAST COAST C.E.S., INC.

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CV 1899**

JUDGE BATTS

TO:  Safeway Trucking Corp.
1140 Polaris Street
Elizabeth, NJ 07201

ms 'Coneste' Bernd Bartels
KG GmbH & Co.
Gross Hove 9
21635, Jork, Germany

Bernd Bartels
Gross Hove 9
21635 Jork, Germany

East Coast C.E.S. Inc.
c/o Safeway Trucking Corp.
1140 Polaris Street
Elizabeth, NJ 07021

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON

(BY) DEPUTY CLERK  *Marcos Quintero*

DATE  FEB 26 2008

# AFFIDAVIT OF SERVICE

02/29/2008

SHERIFFS NUMBER: S0801424
DEFENDANT SEQUENCE 1 OF 2
TYPE OF SERVICE... Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE EDDY PONS AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

## ATTORNEY

KINGSLEY, KINGSLEY & CALKINS - ATTORNEYS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

CHECK #: 10231
AMOUNT: 48.20
CONTROL #: 16335

## COURT DATA

ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:
STATE: NY
COUNTY OF VENUE: Southern District
COURT DOCKET #: 08CV1899 (DAB)
CAPTION OF CASE
NAME: LOUIS DREYFUS CORPORATION
VS
M/V MAERSK FREEMANTLE

### DEFENDANT OR NAMED WITHIN TO BE SERVED

NAME: SAFEWAY TRUCKING CORP.
ADDRESS: 1140 POLARIS STREET
ELIZABETH, NJ 07201

### PAPERS SERVED

SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

[X] SERVED SUCCESSFULLY   [ ] UNABLE TO SERVE

DATE: 3/12/08   TIME: 1030 hrs

NUMBER OF ATTEMPTS

REMARKS:

[ ] PERSONALLY DELIVERED   [ ] OFFICER   [ ] MANAGING AGENT   [ ] REGISTERED AGENT
[ ] COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   [X] AGENT AUTHORIZED TO ACCEPT
[ ] IS IN THE MILITARY   [ ] NOT IN THE MILITARY

PERSON SERVED: Maria Martinez
(TITLE/RELATIONSHIP)

SEX:    [ ] MALE    [X] FEMALE
SKIN:   [X] WHITE   [ ] BLACK   [ ] YELLOW   [ ] BROWN   [ ] RED
HEIGHT: [ ] UNDER 5 FT.   [X] 5.0 - 5.6 FT.   [ ] 5.7 - 6.0 FT.   [ ] OVER 6 FT.
WEIGHT: [ ] UNDER 100 LBS.   [X] 100 - 150 LBS.   [ ] 151 - 200 LBS.   [ ] OVER 200 LBS.
HAIR:   [X] BLACK   [ ] BROWN   [ ] BLOND   [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:    [ ] 14 - 20   [ ] 21 - 35   [X] 36 - 50   [ ] 51 - 65   [ ] OVER 65

SWORN TO AND SUBSCRIBED
BEFORE ME ON: FRANCES DIDONATO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 3, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY