

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS DREYFUS CORPORATION<br><br>　　　　　　　　Plaintiff,<br><br>-V-<br><br>M/V MAERSK FREEMANTLE, et.al.<br>　　　　　　　　Defendants. | **CERTIFICATE OF MAILING**<br><br>08 CV 1899 (DAB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

2ND **day of May, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

26TH **day of February, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 842 556 US**

_J. Michael McMahon_
　　　　　　　　　　　CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

April 29, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: LOUIS DREYFUS CORPORATION. v.
M/V MAERSK FREEMANTLE, et. al.
08 CV 1899 (DAB)
Our Ref: GA 7959

Dear Sir/Madam:

Please serve the enclosed Summons and Complaint on the following defendant by registered mail pursuant to Federal Rules of Civil Procedure Rule

Very truly yours,

---

**Registered No.** RB632842556US

| Reg. Fee $ | $10.15 | | | Date Stamp 0004 |
| Handling Charge $ | $0.00 | Return Receipt $ | $2.15 | 05 |
| Postage $ | $1.80 | Restricted Delivery $ | $0.00 | 05/02/08 |

Received by

Customer Must Declare Full Value $ $0.00 — Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

FROM: KINGSLEY, KINGSLEY & CALKINS
91 West Cherry St.
Hicksville, NY 11801
GA 7959

TO: ms 'Coneste' Bernd Bartels
KG GmbH & Co.
DE Germany Gross Hove 9
21635, Jork, Germany

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®