

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS DREYFUS CORPORATION<br><br>                 Plaintiff,<br><br>-V-<br><br>M/V MAERSK FREEMANTLE, et.al.<br>                 Defendants. | **CERTIFICATE OF MAILING**<br><br><br>08 CV 1899 (DAB) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

2ND  day of May, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

26TH  day of February, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

<u>RB 632 842 542 US</u>

                                                                                                              CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

April 29, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: LOUIS DREYFUS CORPORATION. v.
M/V MAERSK FREEMANTLE, et. al.
08 CV 1899 (DAB)
Our Ref: GA 7959

Dear Sir/Madam:

)ns and Complaint on the following
to Federal Rules of Civil Procedure Rule

Very truly yours,

---

**Registered No.** RB632842542US
Reg. Fee $10.15
Handling Charge $0.00
Postage $1.80
Received by
Return Receipt $2.15
Restricted Delivery $0.00
Date Stamp 0004  05  05/02/08
Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $0.00
With Postal Insurance / Without Postal Insurance

FROM: KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
GA 7959

TO: Bernd Bartels
Gross Hove 9
21635 Jork, Germany

PS Form 3806, June 2002   Receipt for Registered Mail   Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com