5978

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

LOUIS DREYFUS CORPORATION

        Plaintiff,

V.

M/V MAERSK FREEMANTLE, her engines, boilers, tackle, etc., MS 'CONESTE' BERND BARTELS KG GMBH & CO.
BERND BARTELS,
A.P. MOLLER-MAERSK A/S (MAERSK LINE),
SAFEWAY TRUCKING CORP,
EAST COAST C.E.S., INC.
        Defendants.

**ADDITIONAL SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 CV 1899 (DAB)(HP)

TO: A.P. MOLLER-MAERSK A/S
(MAERSK LINE)
2 GIRALDA FARMS
MADISON AVENUE (P.O. BOX 880)
MADISON, NJ 07940-0880

**YOU ARE HEREBY SUMMONED** and required to serve upon **PLAINTIFF'S ATTORNEY** (name and address)

KINGSLEY, KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
(516) 931-0064

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  J. MICHAEL MCMAHON     DATE  FEB [illegible] 2008

(BY) DEPUTY CLERK

# Morris County Sheriff's Office
## AFFIDAVIT OF SERVICE

Sheriff Fees    $33.60
Service #  1 of 1 Services
Docket #    08CV1899(DAB)(
Sheriff's #  OSN - 06 - 05978

Plaintiff    LOUIS DREYFUS CORPORATION

Defendant  M/V MAERSK FREEMANTLE, HER ENGINES, BOILERS, TACKLE, ETC., ET ALS

DISTRICT

NEW YORK

Person/Corporation to Serve
**A.P. MOLLER-MAERSK AS (MAERSK LINE)**
**C/O MAERSK INC.**
2 GIRALDA FARMS, MADISON AVE.
MADISON,

DOCUMENTS SERVED
SUMMONS AND VERIFIED COMPLAINT

I, EDWARD V. ROCHFORD, SHERIFF OF MORRIS COUNTY DO HEREBY DEPUTIZE AND APPOINT S/O FRANK BENEVENTO A DULY SWORN OFFICER TO EXECUTE AND RETURN THE DOCUMENTS ACCORDING TO LAW.

WITNESS BY HAND AND SEAL

_____
Edward V. Rochford    Sheriff

Date of Action 5/9/2008
Time of Action 12:30 PM
DATE        TIME

Person/Corporation Served A.P. MOLLER-MAERSK AS (MAERSK LINE)
2 GIRALDA FARMS, MADISON AVE.
MADISON,

Delivered To MARK KRSULIC

Relationship  MANAGING AGENT

Race WHITE   Sex M   Height 6' 04"   Weight 250   Eyes BRN   Hair BRN   Age 43   Military NO

Type of Action SERVED CORPORATION'S MANAGING AGENT AT PLACE OF BUSINESS

I, S/O FRANK BENEVENTO WAS ABLE TO SERVE THE WITHIN DOCUMENTS AND/OR A TRUE COPY THEREOF.

_____        5/13/08
S/O FRANK BENEVENTO                DATED

KINGSLEY, KINGSLEY & CALKINS
91 W. CHERRY STREET
HICKSVILLE, NY 11801

SWORN AND SUBSCRIBED TO BEFORE ME
THIS 13th DAY OF May  20 08

_____
ARLENE M FOGARTY
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES 11/14/2010