287-08/ROSS
FREEHILL, HOGAN & MAHAR LLP
Attorneys for Defendant
A.P. Moller Maersk A/S (Maersk Line)
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LOUIS DREYFUS CORPORATION,                    08-CV. 1899 (DAB)

                Plaintiff,              **RULE 7.1 STATEMENT**

-against-

MAERSK FREEMANTLE, her engines, boiler,
tackle, etc., MS CONTESTE BERND
BARTELS KG GMBH & CO., BERND
BARTELS, A.P. MOLLER MAERSK A/S
(MAERSK LINE), SAFEWAY TRUCKING
CORPORATION and EAST COAST CES INC.,

                Defendants.

------------------------------------------------------------x

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant A.P. MOLLER MAERSK A/S (MAERSK LINE), certifies that there are no corporate parents, subsidiaries or affiliates that are publicly traded.

DATED: New York, New York
         June 17, 2008

                                          FREEHILL HOGAN & MAHAR, LLP
                                          Attorneys for A.P. MOLLER MAERSK
                                          (MAERSK LINE)

                            BY: _____
                                JAMES L. ROSS (JR 6411)
                                80 Pine Street
                                New York, New York 10005
                                (212) 425-1900

NYDOCS1/306871.1