

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LOUIS DREYFUS CORPORATION,

                Plaintiff,

-against-

M/V MAERSK FREEMANTLE, her engines,
Boilers, tackle, etc., MS' CONESTE' BERND
BARTELS KG GMBH & CO, BERND BARTELS,
A.P. MOLLER-MAERSK A/S (MAERSK LINE),
SAFEWAY TRUCKING CORP., EAST COAST
C.E.S., INC.,

                Defendants.
-------------------------------------------------------X

Case Number: 08 CV 1899

**STIPULATION EXTENDING**
**TIME TO ANSWER**

Assigned to:
Judge Deborah A. Batts

    IT IS HEREBY STIPULATED AND AGREED, that the time for defendants, SAFEWAY TRUCKING CORP. and EAST COAST C.E.S., INC., to answer is hereby extended up to and including the 18th day of July, 2008.

    IT IS FURTHER STIPULATED AND AGREED, that a facsimile copy is the same as an original.

_____
LAW OFFICE OF JOHN P. HUMPHREYS
By: STEVEN A. STEIGERWALD  (SS 5602)
Attorneys for Defendants
Safeway Trucking Corp. and
East Coast C.E.S., Inc.
3 Huntington Quadrangle, Suite 102S
P.O. Box 9028
Melville, New York 11747
(631) 501-3100

_____
KINGSLEY, KINGSLEY & CALKINS
By: HAROLD M. KINGSLEY
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, New York 11801
(516) 931-0064

SO ORDERED:
_____
Deborah A. Ba[tts]