LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendants
Safeway Trucking Corporation and East
Coast CES Inc.

David I. Robinson (DIR 9047)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LOUIS DREYFUS CORPORATION,

                     Plaintiff(s),

                                                          08-CV. 1899 (DAB)

    -against-

MAERSK FREEMANTLE, her engines, boiler,        ANSWER TO
tackle, etc., MS CONTESTE BERND                     CROSS-CLAIM
BARTELS KG GMBH & CO., BERND
BARTELS, A.P. MOLLER MAERSK A/S
(MAERSK LINE), SAFEWAY TRUCKING
CORPORATION and EAST COAST CES INC.,

                     Defendant(s).
------------------------------------------------------------------X

       Defendants, SAFEWAY TRUCKING CORPORATION and EAST COAST CES INC., for its Answer to the Cross-Claim of defendant MAERSK herein, alleges upon information and belief as follows:

       1. Denies each and every allegation as to Cross-Claim of defendant MAERSK.

       WHEREFORE, Defendants SAFEWAY TRUCKING CORPORATION and EAST COAST CES INC., prays that the Cross-Claims against it be dismissed and that its Cross-Claim be granted, and that the Court may grant any such other or further relief as may be just and proper.

Dated: Melville, New York
        July 11, 2008

                LAW OFFICE OF JOHN P. HUMPHREYS
                Attorneys for Defendants
                Safeway Trucking Corporation and
                East Coast CES Inc.

BY: _____
                DAVID I. ROBINSON (DIR-9047)
                Office & P.O. Address
                3 Huntington Quadrangle, Suite 102S
                P.O. Box 9028
                Melville, NY  11747
                (631) 501-3100

TO:
Kingsley, Kingsley & Calkins
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, NY 11801
Attn:  Harold M. Kingsley, Esq.
(516) 931-0064

Freehill, Hogan & Mahar, LLP
Attorneys for Defendant AP Moller Maersk (Maersk Line)
80 Pine Street
New York, NY, 10005
Attn:  James L. Ross, Esq.
(212) 425-1900

MS Conteste Bernd Bartels KG GmbH & Co.
Gross Hove 9
21635 Jork
Germany

STATE OF NEW YORK)
                  :
COUNTY OF SUFFOLK )

    CHRISTINE ROTHBLATT, being duly sworn deposes and says:
That deponent is not a party to the action and is over the age of 18 years and that on the 11th day of July, 2008, deponent served the within ANSWER TO CROSS-CLAIMS upon:

Kingsley, Kingsley & Calkins
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, NY 11801
Attn: Harold M. Kingsley, Esq.

Freehill, Hogan & Mahar, LLP
Attorneys for Defendant AP Moller Maersk (Maersk Line)
80 Pine Street
New York, NY, 10005
Attn: James L. Ross, Esq.

MS Conteste Bernd Bartels KG GmbH & Co.
Gross Hove 9
21635 Jork
Germany

COURTESY COPY (2)

Justice Batts
Federal Court – United States District Court
United States Courthouse
500 Pearl Street, Rm. 2510
New York, New York 10007

the address designated for such service, by depositing a true copy in an official depository under the care and custody of the U.S. Postal Department, within the State of New York.

                                CHRISTINE ROTHBLATT

Sworn to before me this
11th day of July, 2008

_____
NOTARY PUBLIC

DAVID I. ROBINSON
Notary Public, State of New York
No. 02RO5074527
Qualified in Nassau County
Commission Expires 09/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                              08-CV 1899 (DAB)

LOUIS DREYFUS CORPORATION,

                        Plaintiff,

    -against-

MAERSK FREEMANTLE, her engines, boiler, tackle, etc., MS CONTESTE BERND BARTELS KG GMBH & CO., BERND BARTELS, A.P. MOLLER MAERSK A/S (MAERSK LINE), SAFEWAY TRUCKING CORPORATION and EAST COAST CES INC.,
                        Defendants.

## *ANSWER TO CROSS-CLAIM*

LAW OFFICE OF JOHN P. HUMPHREYS
Attorneys for Defendant(s)
SAFEWAY TRUCKING CORPORATION & EAST COAST CES INC.
Office & P.O. Address
3 Huntington Quadrangle, Suite 102S
P.O. Box 9028
Melville, New York 11747
(631) 501-3100
Facsimile (631) 501-3085 *(Not for Service)*

                        Matter No.: 0924181SAS
                        Claim No.: CBM2619

TO:

Service of a copy of the within                          is hereby admitted.

Dated:

                        Attorney(s) for

**NOTICE OF ENTRY:**
**PLEASE TAKE NOTICE** that the within is a true copy of an order entered in office of the Clerk of the above Court on

**NOTICE OF SETTLEMENT:**
**PLEASE TAKE NOTICE** that the within proposed order will be presented for settlement and entry at the Courthouse on
at 10:00 a.m. at the office of the Clerk of the Part of this Court where the within described motion was heard.

Dated: Melville, New York            THE LAW OFFICE OF JOHN P. HUMPHREYS
                                        Attorneys for Defendant(s)
                                        As Designated Above