UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LOUIS DREYFUS CORPORATION,                    08 CV. 1899 (DAB)

                Plaintiff,

   - against –                                            **RULE 7.1 STATEMENT**

MAERSK FREEMANTLE, her engines, boiler,
tackle, etc., MS CONTESTE BERND
BARTELS KG GMBH & CO., BERND
BARTELS, A.P. MOLLER MAERSK A/S
(MAERSK LINE), SAFEWAY TRUCKING
CORPORATION and EAST COAST CES INC.,

                Defendants.
-----------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants MS CONTESTE REEDEREI BERND BARTELS GMBH & Co. KG sued herein as MS Conteste Bernd Bartels KG GmbH & Co., certifies that there are no corporate parents of said party and there are no publicly held corporations that own more than 10% of the shares of the above companies.

Dated: New York, New York
       August 20, 2008

                                              HILL, BETTS & NASH, LLP

                          By: _____
                                              Mary T. Reilly (MTR 6305)
                                              Attorneys for Defendants MS
                                              Conteste Reederei Bernd Bartels
                                              GmbH & Co. KG
                                              One World Financial Center
                                              200 LIBERTY STREET, 26th Floor
                                              New York, New York 10281
                                              (212) 839-7000