AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                   ) ss.:
COUNTY OF NEW YORK )

JOAN KARLSON, being duly sworn deposes and says, I am not a party to the action and over 18 years of age.

That on the 20th day of August 2008 she served the attached Answer to Verified Complaint with Cross-Claim, upon:

Kingsley, Kingsley & Calkins
Attorneys for Plaintiffs
Attention: Harold M. Kingsley, Esq.
91 West Cherry Street
Hicksville, NY 11801

Freehill, Hogan & Mahar, LLP
Attorneys for Defendant AP Moller Maersk (Maersk Line)
80 Pine Street
New York, New York 10005
Attention: James L. Ross, Esq.

Law Office of John P. Humphreys
Attorneys for Defendants Safeway Trucking Corporation and East Coast CES Inc.
3 Huntington Quadrangle, Suite 1028
P.O. Box 9028
Melville, NY 11747
Attention: David L. Robinson, Esq.

by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the foregoing attorneys.

_____
JOAN KARLSON

Sworn to before me this
20th day of August 2008

_____
Notary Public

MARY T. REILLY
Notary Public, State of New York
No. 02RE6055119
Qualified in Kings County
Commission Expires 2-20-2011