UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LOUIS DREYFUS CORPORATION,                    08 CV. 1899 (DAB)

           Plaintiff,

    - against -                                              **ANSWER TO**
                                                                                     **CROSS-CLAIM**

MAERSK FREEMANTLE, her engines, boiler,
tackle, etc., MS CONTESTE BERND
BARTELS KG GMBH & CO., BERND
BARTELS, A.P. MOLLER MAERSK A/S
(MAERSK LINE), SAFEWAY TRUCKING
CORPORATION and EAST COAST CES INC.,

           Defendants.
-------------------------------------------------------------X

      Defendant MS CONTESTE REEDEREI BERND BARTELS GMBH & Co. KG sued herein as MS Conteste Bernd Bartels KG GmbH & Co., for its Answer to the Cross-Claim of defendant A.P. Moller Maersk A/S (Maersk Line) alleges upon information and belief as follows:

      1.     It denies each and every allegation of the Cross-Claim of defendant of A.P. Moller-Maersk A/S (Maersk Line).

      WHEREFORE, Defendant MS Conteste Reederei Bernd Bartels GmbH & Co. KG prays that the Cross-Claim of defendant A.P. Moller Maersk A/S (Maersk Line) against it be dismissed and that its Cross-Claim be granted, and that the Court may

{NY075885.1}

grant any such other or further relief as may be just and proper.

Dated: New York, New York
August 19, 2008

                                                    HILL, BETTS & NASH, LLP

By: _____
Mary T. Reilly (MTR 6305)
Attorneys for Defendant MS
Conteste Reederei Bernd Bartels
GmbH & Co. KG
One World Financial Center
200 LIBERTY STREET, 26th Floor
New York, New York 10281
(212) 839-7000

To:    Kingsley, Kingsley & Calkins
Attorneys for Plaintiff
91 West Cherry Street
Hicksville, NY 11801
Attention: Harold M. Kingsley, Esq.

Freehill, Hogan & Mahar, LLP
Attorneys for Defendant AP Moller Maersk (Maersk Line)
80 Pine Street
New York, New York 10005
Attention: James L. Ross, Esq.

Law Office of John P. Humphreys
Attorneys for Defendants Safeway Trucking Corporation and
East Coast CES Inc.
3 Huntington Quadrangle, Suite 1028
P.O. Box 9028
Melville, NY 11747
Attention: David L. Robinson, Esq.

AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

JOAN KARLSON, being duly sworn deposes and says, I am not a party to the action and over 18 years of age.

That on the 20th day of August 2008 she served the attached Answer to Cross-Claim of Defendant A.P. Moller Maersk A/S (Maersk Line) upon:

| | |
|---|---|
| Kingsley, Kingsley & Calkins<br>Attorneys for Plaintiff<br>91 West Cherry Street<br>Hicksville, NY 11801<br>Attention: Harold M. Kingsley, Esq. | Freehill, Hogan & Mahar, LLP<br>Attorneys for Defendant AP Moller<br>Maersk (Maersk Line)<br>80 Pine Street<br>New York, New York 10005<br>Attention: James L. Ross, Esq. |

Law Office of John P. Humphreys
Attorneys for Defendants Safeway
Trucking Corporation and
East Coast CES Inc.
3 Huntington Quadrangle, Suite 1028
P.O. Box 9028
Melville, NY 11747
Attention: David L. Robinson, Esq.

by depositing a true copy of the papers, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service, addressed to the foregoing attorneys.

_____
JOAN KARLSON

Sworn to before me this
20th day of August 2008

_____
Notary Public

{NY075907.2 }

MARY T. REILLY
Notary Public, State of New York
No. 02RE6055119
Qualified in Kings County
Commission Expires __2/2q/20q1__